AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

FILED
2012 JAN 30 PM 3:06
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES OF AMERICA

v.

**Chardee D. Barfield**
857 East 128th Street,
Cleveland, Ohio 44108

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Mag. Judge White

CASE NUMBER:

1:12 MJ 3032

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>December 16, 2011 – December 31, 2011</u> in <u>Cuyahoga</u> county, in the <u>Northern</u> District of <u>Ohio</u> defendant(s) did, (Track Statutory Language of Offense)

knowingly transport an individual who has not attained the age of 18 years in interstate or foreign commerce, with intent that the individual engage in prostitution, in violation of Title 18, United States Code, Section(s) 2423(a).

I further state that I am a(n) <u>Special Agent of the FBI</u> and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

**Charles Sullivan**
**Special Agent**
**FBI, Cleveland Division**

January 30, 2012                     at     Cleveland, Ohio
Date                                        City and State

Gregory A. White; Magistrate Judge          _____
Name & Title of Judicial Officer            Signature of Judicial Officer